IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case Nos.:   3:10cr108/LAC
                 3:12cv192/LAC/EMT

LAVAR EUGENE ANDERSON
_____/

**REPORT AND RECOMMENDATION**

This cause is before the court upon referral from the clerk. Defendant commenced this action by filing a motion to vacate under 28 U.S.C. § 2255 (doc. 58). However, he failed to fully complete the form. As his first ground for relief he stated only that "Defendant's sentence should not have included any enhancements" and offered no facts in support of his claim (doc. 58 at 4). Furthermore, his suggestion that his sentence included "enhancements" appeared to be mistaken. A review of Defendant's presentence investigation report ("PSR") revealed that he had a base offense level of 26, a two-level increase pursuant to § 2D1.1(b)(1), and a three-level decrease due to his acceptance of responsibility for a total offense level of 25 (*see* doc. 36 at 7–8). No chapter four enhancements were reflected in the PSR (*id.* at 8).[1] The court set forth the foregoing information in its order of April 20, 2012, and afforded Defendant thirty (30) days to file an amended motion to vacate if he wished to pursue § 2255 relief (*see* doc. 59).

Defendant failed to file an amended motion; therefore, on June 4, 2012, the court issued an order requiring Defendant to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 62). The time for compliance with the show cause order has now elapsed with no response from Defendant.

Accordingly, it is respectfully **RECOMMENDED**:

---

[1] Defendant's criminal history category was II (doc. 36 at 10), and his 78-month sentence, which was challenged and affirmed on appeal (*see* doc. 56), was within the advisory guidelines range.

That this case be **DISMISSED without prejudice** for Defendant's failure to comply with an order of the court.

At Pensacola, Florida, this 13th day of July 2012.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**