IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.   Case Nos.   3:10cr108/LAC
      3:12cv192/LAC/EMT

LAVAR EUGENE ANDERSON
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 13, 2012 (doc. 63). Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.   The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.   This case is **DISMISSED without prejudice** for Defendant's failure to comply with an order of the court.

**DONE AND ORDERED** this 15th day of August, 2012.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**